UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GSC LOGISTICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> STAR GALAXY LOGISTICS, INC., and IRVINDER S. DHANDA, <br><br> Defendants. | Case No: C 09-5886 SBA <br><br> **ORDER DENYING DEFNDANT'S UNTIMELY REQUEST FOR HEARING ON MOTION FOR PRELIMINARY INJUNCTION** |

On February 25, 2010, Defendant Irvinder Dhanda, who is acting pro se, filed a "Decelaration (sic) of Irvinder Dhanda in Opposition to Preliminary Injunction Applied by Plaintiff GSC Logistics and Request for Evidentiary Hearing."[1] Defendant's request is untimely and moot, as the Court has already granted Plaintiff's unopposed motion for preliminary injunction. Defendant Dhanda's declaration sets forth no grounds to show excusable neglect for his failure to oppose the motion. Accordingly,

IT IS HEREBY ORDERED THAT Defendant Dhanda's request for an evidentiary hearing in connection with the motion for preliminary injunction is DENIED as moot.

IT IS SO ORDERED.

Dated: February 26, 2010

*Saundra B. Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

---

[1] Defendant Dhanda cannot represent Defendant Star Galaxy Logistics, Inc., which is a corporation. Therefore, the Court construes the instant request as being submitted on behalf of Mr. Dhanda only.