A. K. Abraham (SBN 086870) [E-Mail: aka@chauvelabraham.com]
Kenneth M. Weinfield (SBN 116560) [E-Mail: kmw@chauvelabraham.com]
**CHAUVEL, ABRAHAM & DESCALSO LLP**
155 Bovet Road, Suite 780
San Mateo, CA 94402
Telephone:  650.573.9500
Facsimile:   650.573.9689

Attorneys for Plaintiff
  **GSC Logistics, Inc.**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (Oakland Division)

| | |
|---|---|
| GSC LOGISTICS, INC. <br><br>                Plaintiff, <br><br> v. <br><br> STAR GALAXY LOGISTICS INC. <br>  and IRVINDER S. DHANDA, <br><br>               Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No.:  C 09-05886 SBA <br><br>    **ORDER GRANTING PLAINTIFF GSC LOGISTICS, INC.'S EX PARTE APPLICATION FOR RELIEF FROM RULE 26(a) AND (f) REQUIREMENTS** |

Upon considering the ex parte application of plaintiff GSC Logistics, Inc. for an order extending the deadlines for compliance with the requirements of Rule 26(a) and (f), and good cause appearing, IT IS HEREBY ORDERED that the date for making initial disclosures and complying with Rule 26(f) of the Federal Rules of Civil Procedure is continued to May 14, 2010.

Dated:  March 23, 2010

_____
UNITED STATES DISTRICT JUDGE

CHAUVEL • ABRAHAM • DESCALSO, LLP
155 Bovet Road, Suite 780
San Mateo, CA 94402-3455