A. K. Abraham (SBN 086870) [E-Mail: aka@chauvelabraham.com]
Kenneth M. Weinfield (SBN 116560) [E-Mail: kmw@chauvelabraham.com]
**CHAUVEL, ABRAHAM & DESCALSO LLP**
155 Bovet Road, Suite 780
San Mateo, CA 94402
Telephone: 650.573.9500
Facsimile: 650.573.9689

Attorneys for Plaintiff
   **GSC Logistics, Inc.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(Oakland Division)

| | |
|---|---|
| GSC LOGISTICS, INC.<br><br>    Plaintiff,<br><br>v.<br><br>STAR GALAXY LOGISTICS INC.<br> and IRVINDER S. DHANDA,<br><br>    Defendants. | Case No.: C 09-05886 SBA<br><br>**STIPULATION AND (PROPOSED) ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**DATE: April 27, 2010**<br>**TIME: 3:00 p.m.**<br>**COURTROOM: By telephone**<br>**JUDGE: Hon. Saundra B. Armstrong** |

To accommodate the health of defendant Irvinder S. Dhanda, the parties hereby stipulate to continue the Case Management Conference presently scheduled in this matter on Tuesday, April 27, 2010 at 3:00 p.m. to Thursday, May 6, 2010 at 3:30 p.m. by telephone.

IT IS SO STIPULATED.

Dated: April 26, 2010

                                          **CHAUVEL, ABRAHAM & DESCALSO, LLP**

                                                        /s/
                          By:_____
                               A.K. Abraham
                               Kenneth M. Weinfield, Of Counsel
                               Attorneys for Plaintiff GSC LOGISTICS, INC.

Dated: April 26, 2010

                                  /s/
                            _____
                            Irvinder S. Dhanda
                            Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 27, 2010

                            _____
                            UNITED STATES DISTRICT JUDGE

CHAUVEL • ABRAHAM • DESCALSO, LLP
155 Bovet Road, Suite 780
San Mateo, CA 94402-3155

CHAUVEL • ABRAHAM • DESCALSO, LLP
155 Bovet Road, Suite 780
San Mateo, CA 94402-3155

1 UNITED STATES DISTRICT COURT
FOR THE
2 NORTHERN DISTRICT OF CALIFORNIA

GSC LOGISTICS, INC et al,

      Plaintiff,

v.

STAR GALAXY LOGISTICS, INC. et al,

      Defendant.
_____/

Case Number: CV09-05886 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 28, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Irvinder S Dhanda
342 Cordes Avenue
Mountain House, CA 95391

Dated: April 28, 2010

      Richard W. Wieking, Clerk
      By: LISA R CLARK, Deputy Clerk

**STIPULATION AND (PROPOSED) ORDER TO CONTINUE CASE MGMT CONF/3**
 U.S.D.C. (N.D. CAL.) CASE NO. C 09-05886 SBA