1

2              UNITED STATES DISTRICT COURT

3          FOR THE NORTHERN DISTRICT OF CALIFORNIA

4                     OAKLAND DIVISION

5

6   GSC LOGISTICS, INC.,                    Case No:  C 09-5886 SBA

7              Plaintiff,                   **ORDER SETTING BRIEFING
                                            SCHEDULE AND CONTINUING
8       vs.                                 CASE MANAGEMENT
                                            CONFERENCE**
9   STAR GALAXY LOGISTICS, INC., and
    IRVINDER S. DHANDA,
10
               Defendants.
11

12

13          This matter is the Court's calendar for a case management conference scheduled for

14   May 6, 2010.  In the parties' joint statement, Plaintiff indicates its intention to file a motion for

15   summary judgment.  However, before the parties and Court invest further time and resources in

16   this matter, the Court directs the parties to make a good faith attempt to resolve this dispute

17   without the need for additional litigation.  In the event the parties are unable to resolve their

18   dispute following the settlement conference, Plaintiff shall proceed with the filing of its motion

19   for summary judgment.  Accordingly,

20          IT IS HEREBY ORDERED THAT:

21          1.      The instant action is REFERRED to Chief Magistrate Maria Elena James or her

22   designee for a Mandatory Settlement Conference (MSC) to take place prior to June 30, 2010.

23   The assigned Magistrate Judge will notify the parties regarding the date and time of the MSC,

24   along with any papers to be submitted in connection with the settlement conference.

25          2.      If the case does not resolve by June 30, 2010, Plaintiff is directed to file its

26   motion for summary judgment by no later than **July 13, 2010**.

27          3.       Any opposition to the Plaintiff's summary judgment motion shall be filed with

28   the Court and served on Plaintiff's counsel by no later than **July 27, 2010.**  Defendant should

be aware that if the Court grants Plaintiff's motion, the case will be over and that a judgment may be entered against him.  Federal Rule of Civil Procedure 56 instructs parties what they must do in order to oppose a motion for summary judgment.  Generally, summary judgment must be granted when there is no genuine issue of material fact -- that is, if there is no real dispute about any fact that would affect the result of the case, the party moving for summary judgment is entitled to judgment as a matter of law, which will end the case.  When a party presenting a a motion for summary judgment that is properly supported by declarations (or other sworn testimony), the defendant cannot simply rely on what his answer alleges.  Rather, the party opposing a summary judgment motion must set out specific facts in declarations, depositions, answers to interrogatories, or authenticated documents, as provided in Rule 56(e), that contradict the facts shown in the Plaintiff's declarations and documents and show that there is a genuine issue of material fact for trial.  Such evidence may include sworn declarations from the defendant and/or other witnesses to the incident, and copies of documents authenticated by sworn declaration.  If Defendant does not submit his own evidence in opposition, summary judgment, if appropriate, may be entered against him, meaning that there will be no trial.  See Rand v. Rowland, 154 F.3d 952, 962-63 (9th Cir. 1998) (en banc).

**In addition, Defendant is warned that the failure to file an opposition by July 27, 2010 will be deemed to be a non-opposition to the motion, meaning that the Court may grant the motion and terminate the case.**

       3.     Plaintiff shall file its reply brief by later than **August 3, 2010**.

       4.     The hearing on Plaintiff's motion for summary judgment shall take place on **September 14, 2010 at 1:00 p.m.**  The hearing shall take place in Courtroom 1 of the United States District Courthouse, 1301 Clay St., Oakland, California.  The Case Management Conference previously scheduled for May 6, 2010 is CONTINUED to September 14, 2010, and shall follow the hearing on the motion.  The Court may decide the motion without a hearing.  Fed.R.Civ.P 78(b).  The parties are advised the check the Court's website to determine whether an appearance on September 14, 2010 is required.

1    IT IS SO ORDERED.

2    Dated: May 6, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

GSC LOGISTICS, INC et al,

          Plaintiff,

  v.

STAR GALAXY LOGISTICS, INC. et al,

          Defendant.

_____/

                           Case Number: CV09-05886 SBA

                          **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 10, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Irvinder S Dhanda
342 Cordes Avenue
Mountain House, CA 95391

Dated: May 10, 2010

                         Richard W. Wieking, Clerk

                         By: LISA R CLARK, Deputy Clerk