1   A. K. Abraham (SBN 086870) [E-Mail: aka@chauvelabraham.com]
    Kenneth M. Weinfield (SBN 116560) [E-Mail: kmw@chauvelabraham.com]
2   **CHAUVEL, ABRAHAM & DESCALSO LLP**
    155 Bovet Road, Suite 780
3   San Mateo, CA 94402
    Telephone:  650.573.9500
4   Facsimile:   650.573.9689

5   Attorneys for Plaintiff
        **GSC Logistics, Inc.**

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          (Oakland Division)

12  GSC LOGISTICS, INC.                    )   Case No.:  C 09-05886 SBA
                                           )
13                      Plaintiff,         )   **STIPULATION AND ORDER**
                                           )   **EXTENDING TIME TO COMPLY WITH**
14  v.                                     )   **RULE 26(a) AND (f)**
    STAR GALAXY LOGISTICS INC.             )
15   and IRVINDER S. DHANDA,               )
                                           )
16                      Defendants.        )
    _____)

         To facilitate an economical and speedy resolution of this action pursuant to this Court's Order Setting Briefing Schedule and Continuing Case Management Conference, filed on May 10, 2010, plaintiff GSC Logistics, Inc. and defendant Irvinder S. Dhanda hereby stipulate that the date for making initial disclosures and complying with Rule 26(f) of the Federal Rules of Civil Procedure be continued to September 28, 2010.

IT IS SO STIPULATED.

Dated: May 12, 2010          **CHAUVEL, ABRAHAM & DESCALSO, LLP**

                                        /s/
                             By:_____
                                A.K. Abraham
                                Kenneth M. Weinfield, Of Counsel
                                Attorneys for Plaintiff GSC LOGISTICS, INC.

**STIPULATION AND (PROPOSED) ORDER EXTENDING TIME TO COMPLY WITH RULE 26(a) AND (f)/1**
  **U.S.D.C. (N.D. CAL.) CASE NO.  C 09-05886 SBA**

CHAUVEL ✦ ABRAHAM ✦ DESCALSO, LLP
155 Bovet Road, Suite 780
San Mateo, CA 94402-3155

Dated:  May 13, 2010

/s/
_____
Irvinder S. Dhanda
Defendant

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  May 14, 2010

_____
UNITED STATES DISTRICT JUDGE

**STIPULATION AND (PROPOSED) ORDER EXTENDING TIME TO COMPLY WITH RULE 26(a) AND (f)/2
 U.S.D.C. (N.D. CAL.) CASE NO.  C 09-05886 SBA**

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

GSC LOGISTICS, INC et al,

     Plaintiff,

v.

STAR GALAXY LOGISTICS, INC. et al,

     Defendant.
_____/

Case Number: CV09-05886 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 14, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Irvinder S Dhanda
342 Cordes Avenue
Mountain House, CA 95391

Dated: May 14, 2010

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

**STIPULATION AND (PROPOSED) ORDER EXTENDING TIME TO COMPLY WITH RULE 26(a) AND (f)/3
U.S.D.C. (N.D. CAL.) CASE NO.  C 09-05886 SBA**