A. K. Abraham (SBN 086870) [E-Mail: aka@chauvelabraham.com]
Kenneth M. Weinfield (SBN 116560) [E-Mail: kmw@chauvelabraham.com]
**CHAUVEL, ABRAHAM & DESCALSO LLP**
155 Bovet Road, Suite 780
San Mateo, CA 94402
Telephone:  650.573.9500
Facsimile:   650.573.9689

Attorneys for Plaintiff
   **GSC Logistics, Inc.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(Oakland Division)

| | |
|---|---|
| GSC LOGISTICS, INC. | ) Case No.:  C 09-05886 SBA |
|                   Plaintiff, | ) |
| | ) **STIPULATED PERMANENT** |
| v. | ) **INJUNCTION** |
| STAR GALAXY LOGISTICS INC. | ) |
|  and IRVINDER S. DHANDA, | ) |
| | ) |
|                   Defendants. | ) |

Plaintiff GSC Logistics, Inc. ("GSC Logistics") and defendants Star Galaxy Logistics Inc.

("Star Galaxy") and Irvinder S. Dhanda ("Dhanda") hereby stipulate to the following pursuant to

a settlement of this matter:

A.   That the Preliminary Injunction entered by the Court on February 24, 2010 shall be

superseded by the following Permanent Injunction, and the bond posted as security for

the Preliminary Injunction shall be exonerated.

B.   That defendants Star Galaxy, Dhanda and their officers, agents, servants, employees,

any and all successors or assigns of said persons and all others in active concert or

participation with them, are hereby permanently enjoined and restrained from directly

or indirectly engaging in any of the following acts:

CHAUVEL • ABRAHAM • DESCALSO, LLP
155 Bovet Road, Suite 780
San Mateo, CA 94402-3155

CHAUVEL • ABRAHAM • DESCALSO, LLP
155 Bovet Road, Suite 780
San Mateo, CA 94402-3155

1    (1) using the letter combination "GSC" or any confusingly similar variation thereon to

2    identify or describe themselves or any goods or services they provide in connection

3    with any trucking, logistics or similar business;

4    (2) using the URL www.gsctrucking.net or any other URL which includes the letter

5    combination "GSC" or any confusingly similar variation thereon in connection with

6    any trucking, logistics or similar business;

7

8    (3) using the email address "gsc.trucking@yahoo.com" or any other email address which

9    contains the letter combination "GSC" or any confusingly similar variation thereon in

10   connection with any trucking, logistics or similar business;

11

12   (4) using "GSCTRUCKING LOGISTIC" as a facsimile transmission identifier, or any

13   other facsimile transmission identifier using the letter combination "GSC" or any

14   confusingly similar variation thereon in connection with any trucking, logistics or

15   similar business.

16   IT IS SO STIPULATED.

17   Dated: June 23, 2010          CHAUVEL, ABRAHAM & DESCALSO, LLP

18                                          /s/

19                          By:_____
                               A.K. Abraham
20                             Kenneth M. Weinfield, Of Counsel
                               Attorneys for Plaintiff GSC LOGISTICS, INC.
21

22   Dated: June 22, 2010          STAR GALAXY LOGISTICS INC.

23                                          /s/

24                          By:_____
                               Irvinder S. Dhanda, President
25

26   Dated:  June 22, 2010

27                                          /s/

28                          _____
                               Irvinder S. Dhanda
     **STIPULATED PERMANENT INJUNCTION (PROPOSED)/2**
     **U.S.D.C. (N.D. CAL.) CASE NO.  C 09-05886 SBA**

1
2     PURSUANT TO STIPULATION, IT IS SO ORDERED.

3     DATED:  June 25, 2010

4
                                    _Saundra B Armstrong_
5                                   SAUNDRA BROWN ARMSTRONG
6                                   United States District Judge

7

8

9

10

11

CHAUVEL • ABRAHAM • DESCALSO, LLP
155 Bovet Road, Suite 780
San Mateo, CA 94402-3155

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28