A. K. Abraham (SBN 086870) [E-Mail: aka@chauvelabraham.com]
Kenneth M. Weinfield (SBN 116560) [E-Mail: kmw@chauvelabraham.com]
**CHAUVEL, ABRAHAM & DESCALSO LLP**
155 Bovet Road, Suite 780
San Mateo, CA 94402
Telephone: 650.573.9500
Facsimile: 650.573.9689

Attorneys for Plaintiff
   **GSC Logistics, Inc.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(Oakland Division)

| | |
|---|---|
| GSC LOGISTICS, INC. | Case No.: C 09-05886 SBA |
|    Plaintiff, | **JUDGMENT** |
| v. | |
| STAR GALAXY LOGISTICS INC. and IRVINDER S. DHANDA, | |
|    Defendants. | |

    Judgment is hereby entered as to all claims and parties in this action in accordance with the Stipulated Permanent Injunction filed herein.

DATED: June 25, 2010

                                _/s/ Saundra B. Armstrong_
                                SAUNDRA BROWN ARMSTRONG
                                United States District Judge

CHAUVEL • ABRAHAM • DESCALSO, LLP
155 Bovet Road, Suite 780
San Mateo, CA 94402-3155

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

GSC LOGISTICS, INC et al,

      Plaintiff,

 v.

STAR GALAXY LOGISTICS, INC. et al,

      Defendant.
_____/

Case Number: CV09-05886 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 25, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Irvinder S Dhanda
342 Cordes Avenue
Mountain House, CA 95391

Dated: June 25, 2010

                              Richard W. Wieking, Clerk
                              By: LISA R CLARK, Deputy Clerk

**JUDGMENT (PROPOSED)**
**U.S.D.C. (N.D. CAL.) CASE NO. C 09-05886 SBA**